UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS PAYNE,<br><br>　　　　　　　　　Plaintiff,<br><br>-v-<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO.: 20 Civ. 3674 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On June 11, 2021, Plaintiff filed an unsigned and undated subpoena directed at the City of New York. (ECF No. 23). If Plaintiff seeks to have the subpoena so-ordered by the Court, he must re-file a signed and dated version.

Dated:　　　New York, New York
　　　　　　June 14, 2021

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**