UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PAYNE,

                Plaintiff,

-v-                                CIVIL ACTION NO.: 20 Civ. 3674 (ALC) (SLC)

THE UNITED STATES OF AMERICA,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, August 23, 2021, the Court orders as follows:

1. By **September 17, 2021**, the parties shall a letter certifying the close of fact discovery.

2. The Court will hold a telephone Status Conference on **Thursday, September 30, 2021 at 11:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

All other terms of the Court's July 13, 2021 Amended Scheduling Order (ECF No. 29) remain in effect.

Dated:      New York, New York
              August 23, 2021

                                                  SO ORDERED.

                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**