UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PAYNE,

                              Plaintiff,

        -v-                                                CIVIL ACTION NO.: 20 Civ. 3674 (ALC) (SLC)

THE UNITED STATES OF AMERICA,                                            **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, October 28, 2021, the Court orders as follows:

1.  Plaintiff shall promptly advise the Court of the parties' preferred date and format (i.e.,

    by telephone, videoconference, or in-person) for the settlement conference;

2.  Expert discovery shall be completed by **November 19, 2021**; and

3.  By **November 29, 2021**, the parties shall a letter certifying the close of expert

    discovery.

Dated:        New York, New York
              October 28, 2021

                                        SO ORDERED.

                                        _SARAH L. CAVE_
                                        **United States Magistrate Judge**