UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PAYNE,

                              Plaintiff,


         -v-                                                    CIVIL ACTION NO.: 20 Civ. 3674 (ALC) (SLC)

                                                                **ORDER**

UNITED STATES OF AMERICA,

                              Defendant.


**SARAH L. CAVE,** United States Magistrate Judge.

         On October 28, 2021, the Court extended the expert discovery deadline to November 19,

2021, and directed the parties to file a joint letter certifying the completion of expert discovery

by November 29, 2021.  (ECF No. 34 (the "Oct. 28 Order")).  To date, the parties have not done

so.  Nonetheless, the Court <u>sua</u> <u>sponte</u> extends this deadline, and directs the parties to comply

with the Oct. 28 Order by **December 3, 2021**.

Dated:         New York, New York
               December 2, 2021


                                        SO ORDERED.


                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**