UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PAYNE,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 20 Civ. 3674 (ALC) (SLC)

UNITED STATES OF AMERICA,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the settlement conference held today, December 9, 2021, the Court orders as follows:

1. By **December 17, 2021**, the parties shall file for the Court's review a proposed non-party subpoena to the defendant in Plaintiff's state court action (the "State Court Defendant"); and

2. By **January 31, 2022**, the parties shall file a joint letter confirming that the deposition of the State Court Defendant has taken place and advising whether they wish to resume the settlement conference or to proceed with dispositive motion practice before the Honorable Andrew L. Carter.

Dated:      New York, New York
              December 9, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**