UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PAYNE,

                Plaintiff,

-v-                                      CIVIL ACTION NO.: 20 Civ. 3674 (ALC) (SLC)

**ORDER**

UNITED STATES OF AMERICA,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On February 11, 2022, the Court directed the Government to file a letter by February 16, 2022 advising whether another settlement conference with the Court would be productive. (ECF No. 44 (the "February 11 Order")). To date, the Government has neither complied with the February 11 Order nor requested an extension of time to do so. Nonetheless, the Court _sua sponte_ extends this deadline, and directs the Government to file a letter in compliance with the February 11 Order by **February 22, 2022**. Plaintiff's request for entry of a briefing schedule for his anticipated motion to join the State Court Defendant to these proceedings (ECF No. 43) remains HELD IN ABEYANCE pending the Government's response to this Order.

Dated:       New York, New York
                February 18, 2022

                                                      SO ORDERED.

                                                      _____
                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**