USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/20/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS PAYNE,

                        **Plaintiff,**

-against-

UNITED STATES OF AMERICA,

                        **Defendant.**

20-cv-03674 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    April 20, 2022
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**